UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
COLBERG, RYAN § Case No. 13-17748
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____ , and now requests reimbursement for expenses of $____ , for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Elizabeth C. Berg_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - COLBERG

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

Page: 1

| Case No: | 13-17748 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | COLBERG, RYAN | | | Date Filed (f) or Converted (c): | 04/28/13 (f) |
| | | | | 341(a) Meeting Date: | 06/10/13 |
| For Period Ending: | 03/13/14 | | | Claims Bar Date: | 10/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 1984 Edinburgh Lane, Aurora | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3. Chase savings account - 50% Interest | 1,280.32 | 780.32 | | 881.00 | FA |
| 4. Chase checking account - 50% Interest | 1,060.15 | 560.15 | | 30.15 | FA |
| 5. Chase checking account - Personal | 740.92 | 740.92 | | 0.00 | FA |
| 6. Miscellaneous household goods and furnishings Loca | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous books, DVDs, and CDs Location: 1984 | 100.00 | 0.00 | | 0.00 | FA |
| 8. The necessary wearing apparel for debtor and his d | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding band, miscellaneous wristwatches | 300.00 | 300.00 | | 0.00 | FA |
| 10. Golf clubs | 200.00 | 200.00 | | 0.00 | FA |
| 11. Health, homeowners, and automobile policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Federal tax refund 50% interest in joint refund | 3,734.50 | 734.50 | | 734.50 | FA |
| 13. State tax refund 50% interest in joint refund | 247.00 | 247.00 | | 145.65 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 17.05

FORM 1 - COLBERG

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-17748 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | COLBERG, RYAN | | | Date Filed (f) or Converted (c): | 04/28/13 (f) |
| | | | | 341(a) Meeting Date: | 06/10/13 |
| | | | | Claims Bar Date: | 10/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2007 Jeep Wrangler 87,000 miles | 11,000.00 | 8,600.00 | | 8,600.00 | FA |
| 15. 2002 Honda 600cc motorcycle | 2,000.00 | 2,000.00 | | 754.35 | FA |
| 16. 1 dog | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $166,972.89 | $14,162.89 | | $11,145.65 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee performed in-depth review into prepetition transfers from Debtor to spouse, obtained records and traced out all
transfers. Determined transfers were not avoidable. Negotiated sale of Debtor's Jeep and settlement of estate's claims
for equity in bank account and income tax refund. Trustee will prep TFR and distribute funds.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 03/31/14

/s/    Elizabeth C. Berg
_____    Date: 03/13/14
ELIZABETH C. BERG

FORM 2 - Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | COLBERG, RYAN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6008 Checking Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 03/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,112.40 | | 11,112.40 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,102.40 |
| 02/06/14 | 005001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | 2013 Bond Premium<br>Bond Number: #016026455 | 2300-000 | | 7.63 | 11,094.77 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.50 | 11,078.27 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 11,112.40 | 34.13 | 11,078.27 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 11,112.40 | 0.00 | |
| | | Subtotal | | 0.00 | 34.13 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 34.13 | |

Page Subtotals   11,112.40   34.13

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.05

FORM 2 - COLBERG

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | COLBERG, RYAN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0037  Money Market Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 03/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/27/13 | | CarMax, Inc<br>3320 Odyssey Court<br>Naperville IL  60563 | SALE PROCEEDS - VEHICLE<br>Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was erroneously deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | 1129-003 | 11,000.00 | | 11,000.00 |
| * 08/27/13 | | Ryan Colberg<br>c/o  JP Morgan Chase Cashier's Check<br>6714 Grade Lane, Bldg 8<br>Louisville   KY  40213 | TAX REFUND | 1129-003 | 145.65 | | 11,145.65 |
| * 09/04/13 | | CarMax, Inc<br>3320 Odyssey Court<br>Naperville IL  60563 | SALE PROCEEDS - VEHICLE<br>Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was wrongfully deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | 1129-003 | -11,000.00 | | 145.65 |
| * 09/04/13 | | Ryan Colberg<br>c/o  JP Morgan Chase Cashier's Check<br>6714 Grade Lane, Bldg 8 | TAX REFUND<br>Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee | 1129-003 | -145.65 | | 0.00 |

Page Subtotals      0.00      0.00

Page: 3

Exhibit B

FORM 2 - Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-17748 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | COLBERG, RYAN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0037 Money Market Account |
| Taxpayer ID No: | *******9331 | | | |
| For Period Ending: | 03/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Louisville KY 40213 | Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was wrongfully deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | | | | |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's |
| | | Subtotal |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors |
| | | Net |

COLUMN TOTALS: 0.00 0.00 0.00
Less: Bank Transfers/CD's: 0.00 0.00
Subtotal: 0.00 0.00
Less: Payments to Debtors: 0.00
Net: 0.00 0.00

Page Subtotals 0.00 0.00

FORM 2 - COLBERG

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | COLBERG, RYAN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0060  Checking Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 03/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/13 | | JOSEPH A. BALDI, TRUSTEE<br>19 SOUTH LASALLE STREET<br>SUITE 1500<br>CHICAGO, IL 60603 | ORIGINAL VEHICLE PROCEEDS DEPOSIT | | 11,000.00 | | 11,000.00 |
| | 15 | PROCEEDS OF CARMAX SALE | Memo Amount:      754.35<br>Motorcycle | 1129-000 | | | |
| | 14 | | Memo Amount:     8,600.00<br>Jeep | 1129-000 | | | |
| | 3 | | Memo Amount:      740.00<br>Bank Account (Asset #5) | 1129-000 | | | |
| | 4 | | Memo Amount:       30.15<br>Bank Account (Asset #4) | 1129-000 | | | |
| | 3 | | Memo Amount:      141.00<br>Bank Account (Asset #3) | 1129-000 | | | |
| | 12 | | Memo Amount:      734.50<br>Tax Refund | 1124-000 | | | |
| 09/04/13 | 13 | JOSEPH A. BALDI, TRUSTEE<br>19 SOUTH LASALLE STREET<br>SUITE 1500<br>CHICAGO, IL 60603 | ORIGINAL TAX REFUND DEPOSIT | 1124-000 | 145.65 | | 11,145.65 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee: Sept 2013 | 2600-000 | | 10.00 | 11,135.65 |
| | | | | | Page Subtotals  11,145.65 | 10.00 | |

FORM 2 - cont'd

Page: 5

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17748 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | COLBERG, RYAN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0060 Checking Account |
| Taxpayer ID No: | *******9331 | | | |
| For Period Ending: | 03/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 2013 | 2600-000 | | 11.82 | 11,123.83 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 11.43 | 11,112.40 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,112.40 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 11,000.00 | COLUMN TOTALS | 11,145.65 | 11,145.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 11,112.40 | |
| | | Subtotal | 11,145.65 | 33.25 | |
| Memo Allocation Net: | 11,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 11,145.65 | 33.25 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 11,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********6008 | 0.00 | 34.13 | 11,078.27 |
| | | Money Market Account - ********0037 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 11,000.00 | Checking Account - ********0060 | 11,145.65 | 33.25 | 0.00 |
| | | | 11,145.65 | 67.38 | 11,078.27 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    11,135.65

FORM 2 - COLBERG

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit B

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | COLBERG, RYAN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0060  Checking Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 03/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C - COLBERG<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 13, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-17748   Claim Class Sequence
Debtor Name:   COLBERG, RYAN

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $2,620.00 | $0.00 | $2,620.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $1,864.57 | $0.00 | $1,864.57 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $7.63 | $7.63 | $0.00 |
| 000001<br>070<br>7100-00 | Unifund CCR Partners<br>c/o Blatt Hasenmiller<br>125 South Wacker Drive, Suite 400<br>Chicago, IL 60606 | Unsecured | | $23,059.99 | $0.00 | $23,059.99 |
| | Case Totals: | | | $27,552.19 | $7.63 | $27,544.56 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-17748
Case Name: COLBERG, RYAN
Trustee Name: Elizabeth C. Berg

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Unifund CCR Partners | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE