UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-17748 |
| Ryan Colberg, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 9, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   April 28, 2013

Period for Which
Compensation is sought:       June 12, 2013 to Close of Case

Amount of Fees sought:        $1,864.57*

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __         Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated: April 16, 2014                          Elizabeth C. Berg, Trustee of the Estate of
                                                Ryan Colberg, Debtor


                                       By:    /s/Elizabeth C. Berg, Trustee
                                              Elizabeth C. Berg, Trustee

*\* Trustee has incurred fees in the amount of $4,643.50 for 18.70 hours of service to the Estate. Pursuant to Section 726 of the Code, Trustee is only entitled to the above requested compensation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-17748 |
| Ryan Colberg | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: May 9, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Ryan Colberg, debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,864.57 as final compensation for her services rendered as trustee in this case from April 28, 2013 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on April 28, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The assets of the estate included the debtor's interest in a checking and savings account ("Bank Accounts"), ½ interest in a State and Federal Tax Return ("Tax Returns"), 2007 Jeep Wrangler ("Vehicle"), and a 2002 Honda motorcycle ("Motorcycle").

4. The bar date for filing claims in this case was October 10, 2013.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from April 28, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor under oath.

B. Trustee requested a CarMax appraisal on the Debtor's Vehicle and consulted with a Harley Davidson Salesman regarding the value of the Motorcycle. Trustee determined there was approximately $9,500 in equity in both the Motorcycle and the Vehicle. Trustee negotiated a settlement with the Debtor on his Motorcycle and accepted CarMax's appraisal on the Vehicle and consummated a sale of the Debtor's Vehicle. Furthermore, Trustee examined Debtor's Tax Returns and Bank Accounts for which the Trustee demanded turnover of non-exempt funds.

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

2

E.    Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

F.    Trustee attended to all of the Estate's tax matters, including hiring a tax accountant and arranging for the preparation and filing of all required or appropriate tax returns for the Estate;

G.    Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

H.    Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8.    Trustee has collected the sum of $11,145.65 on behalf of the Estate. Trustee has made $ 67.38 in disbursements in this case as of the date hereof.

9.    A copy of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B to the Trustee's Final Report which was filed simultaneously herewith.

### Compensation Requested

10.    During the period covered by this Application, Trustee has spent 18.70 hours rendering services on behalf of this Estate with a value of $4,643.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $1,846.57 follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $6,145.65 | $  614.57 |
| Total allowable compensation | $ 1,864.57 |

12. Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from April 28, 2013 through the closing of the case in the amount of $1,864.57. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to general unsecured creditors.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

4

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Ryan Colberg, debtor(s), requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,864.57 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from April 28, 2013 through the closing of this case;

B. Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.

Dated:  March 14, 2014         Elizabeth C. Berg, as trustee of the estate
                               of Ryan Colberg, debtor


                               By:___/s/ Elizabeth C. Berg, as trustee____
                                      Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**　　　　　　　　　　　**Ryan Colberg, Debtor**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-17748**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

March 7, 2014
Invoice No:   02414

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Colberg - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 6/12/2013 | JMM | Review ECB 341 Meeting Notes (.2), Conduct Lexis Search on Debtor (.2), Review Schedules re: Non-exempt Assets (.2), Draft Letter to Debtor's Counsel re: Document Request (.6), Consult w/ ECB re: Letter (.1), Edit Letter to Debtor's Counsel (.1) | 1.40 $175.00/ hr | $245.00 |
| 7/03/2013 | ECB | TC with Debtor's attorney re: CarMax appraisal of Jeep, valuation on motorcycle, withdrawal of checking account funds by second wife for house purchase, and income tax refund (.3) Review appraisal and insurance dox (.1) Review and analyze bank statements and transfer to NFS's accounts (1.0) Prep email to Debtor's counsel re transfers and additional documents requested (.2) | 1.60 $325.00/ hr | $520.00 |
| 7/16/2013 | ECB | TC with Citibank regarding NDIL proof of claim process and creditor's mortgage on residence and inquiry as to estate's interest, if any, in same | 0.20 $325.00/ hr | $65.00 |
| 8/02/2013 | ECB | Review email from debtor's counsel M. Huseman (.1) Confer with JMM re analysis of bank statements provided (.3) Review file, schedules and make list of outstanding items to discuss with counsel (.2) | 0.60 $325.00/ hr | $195.00 |

**Baldi Berg, Ltd**

Colberg - Trustee Matters

3/07/2014

Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/02/2013 | ECB | TC with Debtor's counsel regarding equity in jeep and motorcycle' Confirm insurance on vehicle (.2) TC motorcycle dealer re value of Honda 600 (.1) Review comparables from Dealer Auction website (.2) Email D's counsel to reject Debtor offer and confirm prior counter (.2) | 0.70<br>$325.00/hr | $227.50 |
| 8/05/2013 | ECB | Memo to counsel re prep of retention motions and Motion to Sell Jeep | 0.20<br>$325.00/hr | $65.00 |
| 8/20/2013 | ECB | TC to CarMax (.1) and TC (.2) to Debtor's counsel to make arrangements to consummate sale | 0.30<br>$325.00/hr | $97.50 |
| 8/20/2013 | ECB | Review of schedules and email D's counsel to demand turnover over funds for non-exempt bank account and income tax refund (.3) TC with D's counsel to negotiate terms of payment of same (.2) | 0.50<br>$325.00/hr | $162.50 |
| 8/21/2013 | ECB | TC Naperville CarMax re sale of Jeep Wrangler and arrangements for same (.2) Confer with JMM re prep of correspondence and documentation to send to CarMax in advance (.1) | 0.30<br>$325.00/hr | $97.50 |
| 8/21/2013 | JMM | Draft Fax to Naperville CarMax (.6), Edit Fax (.2), TC from Marge @ CarMax (.1) | 0.90<br>$175.00/hr | $157.50 |
| 8/23/2013 | ECB | Confer with JMM re CarMax agreement to sale (.1) TC and email to Debtor's counsel to confirm entry of sale order, CarMax agreement to receive vehicle, keys and certificate of title from Debtor on Saturday (.2) | 0.30<br>$325.00/hr | $97.50 |
| 8/23/2013 | JMM | TC to CarMax re: Status of Transaction (.1), TC from Marge @ CarMax re: Transaction (.2) | 0.30<br>$175.00/hr | $52.50 |
| 8/26/2013 | ECB | Travel to CarMax and finalize sale of Jeep; Execute sale documents and pickup sale proceeds | 1.30<br>$325.00/hr | $422.50 |

**Baldi Berg, Ltd**                                                                                      3/07/2014

Colberg - Trustee Matters                                                                                Page    3

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/26/2013 | JMM | TC to Bill Maybach @ CarMax re: Colberg Car (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 8/27/2013 | ECB | Followup from CarMax sale of Jeep: Email to D's counsel to confirm sale (.1) Calculate proper allocation of sale proceeds against assets and confer with JMM re same (.3) | 0.40<br>$325.00/ hr | $130.00 |
| 8/27/2013 | JMM | Request EIN from IRS (.2), Request Bank Account from Congressional (.1), Deposit 2 Checks into TCMS (.2) Send Checks to Congressional via FedEx (.1), Consult w/ ECB on allocation of funds (.2), Allocate Funds in TCMS (.1) | 0.90<br>$175.00/ hr | $157.50 |
| 10/11/2013 | ECB | Review claims register and case docket re status of claims (.1) Review schedules re same (.1) TC with Moster Wynee Roster law firm re scheduled mortgage debt (.2) | 0.40<br>$325.00/ hr | $130.00 |
| 10/14/2013 | ECB | Open, review and approve Sept 13 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/23/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/25/2013 | ECB | Review, revise and finalize case annual report (.5) File same with court (.1) and submit to UST office (.1) | 0.70<br>$325.00/ hr | $227.50 |
| 11/12/2013 | ECB | Open and approve Oct 13 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 11/12/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                  3/07/2014

Colberg - Trustee Matters                                                                   Page    4

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/22/2013 | ECB | Review Bank's motion to compel abandonment and advise counsel of no objection | 0.10<br>$325.00/hr | $32.50 |
| 12/10/2013 | ECB | Review and approve Nov 13 Bank Statement | 0.10<br>$325.00/hr | $32.50 |
| 12/10/2013 | JMM | Process November 13 Bank Statement (.1), Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |
| 1/13/2014 | ECB | Review and approve Dec 13 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 1/14/2014 | ECB | Confirm dollar amount of transfer of estate funds to Associated Bank | 0.10<br>$325.00/hr | $32.50 |
| 1/15/2014 | ECB | Review and respond to UST inquiries in connection with review of TR annual report | 0.60<br>$325.00/hr | $195.00 |
| 1/17/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process January 2014 Associated Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30<br>$175.00/hr | $52.50 |
| 1/20/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to L. Berg and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30<br>$195.00/hr | $58.50 |
| 2/06/2014 | ECB | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20<br>$325.00/hr | $65.00 |
| 2/10/2014 | ECB | Open and approve Jan 14 bank statement | 0.10<br>$325.00/hr | $32.50 |
| 2/10/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/hr | $35.00 |

**Baldi Berg, Ltd**                                                                 3/07/2014

Colberg - Trustee Matters                                                     Page     5

---

| Date | | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 2/21/2014 | ECB | Memo to estate's accountant re prep of 2013 tax returns | 0.10<br>$325.00/hr | $32.50 |
| 2/24/2014 | JMM | Review case file for information needed to prepare TFR and related documents (.3); Review claims and update system with information needed to prepare TFR and NFR (.3) | 0.60<br>$175.00/hr | $105.00 |
| 2/24/2014 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (.6) and NFR (.3); Review and edit Trustee Final Report package (.4) | 2.80<br>$175.00/hr | $490.00 |
| 2/25/2014 | JMM | Review Trustee's 1st Quarter Annual Report (.1), Edit Form 3 Notes (.1) | 0.20<br>$175.00/hr | $35.00 |

|  |  |
|---|---|
| Total Fees | $4,643.50 |
| Total New Charges | $4,643.50 |
| Previous Balance | $0.00 |
| Balance Due | $4,643.50 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 9.10 | $325.00 |
| Jason M Manola | 9.30 | $175.00 |
| Ricki K Podorovsky | 0.30 | $195.00 |

*18.70* (handwritten)

**Trustee's Final Fee Application**                               **Ryan Colberg, Debtor**
                                                                  **Case No. 13-17748**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Ryan Colberg, | ) | Case No. 13-17748 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtors. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) a law firm at which I have been employed during the pendency of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on March 14, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**