# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLBERG, RYAN | § | Case No. 13-17748 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Jeffrey P. Allsteadt
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60603

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on May 9, 2014
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COLBERG, RYAN § Case No. 13-17748
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,145.65 |
| and approved disbursements of | $ | 67.38 |
| leaving a balance on hand of[1] | $ | 11,078.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 1,864.57 | $ 0.00 | $ 1,864.57 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,620.00 | $ 0.00 | $ 2,620.00 |
| Other: International Sureties, Ltd. | $ 7.63 | $ 7.63 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     4,484.57
Remaining Balance     $     6,593.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,059.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Unifund CCR Partners | $ 23,059.99 | $ 0.00 | $ 6,593.70 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,593.70 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-17748-DRC
Ryan Colberg                                                              Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen            Page 1 of 1          Date Rcvd: Apr 16, 2014
                              Form ID: pdf006         Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2014.
db           #+Ryan Colberg,    1984 Edinburgh Lane,   Aurora, IL 60504-7580
aty           +Baldi Berg & Wallace, Ltd,   20 N. Clark Street,   Suite 200,   Chicago, IL 60602-4120,   COOK
20403878      +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Drive, Suite 400,   Chicago, IL 60606-4440
20403880      +Catherine Halpain,   c/o Moster + Wynne + Ressler,   620 Congress Avenue, Suite 320,
               Austin, TX 78701-3230
20403881      +Catherine Halpain,   c/o Moster+Wynee+Ressler,   620 Congress Avenue, Suite 320,
               Austin, TX 78701-3230
20403883      +Citi Mortgage Inc,   PO Box 6243,   Sioux Falls, SD 57117-6243
20403884      +Citifinancial Mortgage,   Po Box 6243,   Sioux Falls, SD 57117-6243
20403885      +Kane County Treasurer,   719 South Batavia Avenue,   Geneva, IL 60134-3000
20403886      +Moster+Wynne+Ressler,   620 Congress Avenue,   Suite 320,   Austin, TX 78701-3230
20403887      +Unifund CCR Partners,   c/o Blatt Hasenmiller,   125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20403879      +E-mail/Text: ebn@squaretwofinancial.com Apr 17 2014 01:30:39    Cach LLC/Square Two Financial,
               Attention: Bankruptcy,   4340 South Monaco St. 2nd Floor,   Denver, CO 80237-3408
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20403882*    +Catherine Halpain,   c/o Moster+Wynee+Ressler,   620 Congress Avenue, Suite 320,
               Austin, TX 78701-3230
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2014 at the address(es) listed below:
         Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
          eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
         Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
         Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
         Jessica S Naples    on behalf of Creditor    CITIMORTGAGE, INC. ND-Two@il.cslegal.com
         Michael W Huseman    on behalf of Debtor Ryan  Colberg mhuseman@dreyerfoote.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```