# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                      §
                                            §
COLBERG, RYAN                               §        Case No. 13-17748
                                            §
            Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg _____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage Inc PO Box 6243 Sioux Falls, SD 57117 | | | | | |
| | Citifinancial Mortgage Po Box 6243 Sioux Falls, SD 57117 | | | | | |
| | Kane County Treasurer 719 South Batavia Avenue Geneva, IL 60134 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cach LLC/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | | | | |
| | Catherine Halpain c/o Moster + Wynne + Ressler 620 Congress Avenue, Suite 320 Austin, TX 78701 | | | | | |
| | Unifund CCR Partners c/o Blatt Hasenmiller 125 South Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| 000001 | UNIFUND CCR PARTNERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-17748   DRC   Judge: DONALD R. CASSLING | |
| Case Name: | COLBERG, RYAN | |
| For Period Ending: | 06/05/14 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Date Filed (f) or Converted (c): | 04/28/13 (f) |
| 341(a) Meeting Date: | 06/10/13 |
| Claims Bar Date: | 10/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence     1984 Edinburgh Lane, Aurora | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3. Chase savings account - 50% Interest | 640.16 | 140.16 | | 140.16 | FA |
| 4. Chase checking account - 50% Interest | 530.08 | 30.08 | | 30.08 | FA |
| 5. Chase checking account - Personal | 740.92 | 740.92 | | 740.92 | FA |
| 6. Miscellaneous household goods and furnishings Loca | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous books, DVDs, and CDs Location: 1984 | 100.00 | 0.00 | | 0.00 | FA |
| 8. The necessary wearing apparel for debtor and his d | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding band, miscellaneous wristwatches | 300.00 | 0.00 | | 0.00 | FA |
| 10. Golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 11. Health, homeowners, and automobile policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Federal tax refund 50% interest in joint refund | 3,585.12 | 585.12 | | 585.12 | FA |
| 13. State tax refund 50% interest in joint refund | 237.12 | 237.12 | | 237.12 | FA |

FORM 1   RYAN COLBERG

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 13-17748 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | COLBERG, RYAN | | |

| Trustee Name: | Elizabeth C. Berg |
|---|---|
| Date Filed (f) or Converted (c): | 04/28/13 (f) |
| 341(a) Meeting Date: | 06/10/13 |
| Claims Bar Date: | 10/10/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2007 Jeep Wrangler 87,000 miles | 11,000.00 | 8,600.00 | | 8,600.00 | FA |
| 15. 2002 Honda 600cc motorcycle | 2,000.00 | 812.25 | | 812.25 | FA |
| 16. 1 dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $165,643.40          $11,145.65          $11,145.65          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee performed in-depth review into prepetition transfers from Debtor to spouse, obtained records and traced out all

transfers. Determined transfers were not avoidable. Negotiated sale of Debtor's Jeep and settlement of estate's claims

for equity in bank account and income tax refund. Trustee will prep TFR and distribute funds.

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 03/31/14

/s/     Elizabeth C. Berg

_____   Date: 06/05/14

ELIZABETH C. BERG

COLBERG, RYAN COLBERG, RYAN

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 13-17748  -DRC | | | Trustee Name: | Elizabeth C. Berg | |
| Case Name: | COLBERG, RYAN | | | Bank Name: | Associated Bank | |
| | | | | Account Number / CD #: | *******6008  Checking Account | |
| Taxpayer ID No: | *******9331 | | | | | |
| For Period Ending: | 06/05/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 11,112.40 | | 11,112.40 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,102.40 |
| 02/06/14 | 005001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans,  LA  70139 | 2013 Bond Premium Bond Number:  #016026455 | 2300-000 | | 7.63 | 11,094.77 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.50 | 11,078.27 |
| 05/13/14 | 005002 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (Other Firm) | 3210-000 | | 2,620.00 | 8,458.27 |
| 05/13/14 | 005003 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street  #200 Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 1,864.57 | 6,593.70 |
| 05/13/14 | 005004 | Unifund CCR Partners c/o Blatt Hasenmiller 125 South Wacker Drive, Suite 400 Chicago, IL 60606 | Claim 000001, Payment 28.59368% | 7100-000 | | 6,593.70 | 0.00 |

Page Subtotals        11,112.40        11,112.40

Ver: 17.05d

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-17748 -DRC | |
| Case Name: | COLBERG, RYAN | |
| | | |
| Taxpayer ID No: | *******9331 | |
| For Period Ending: | 06/05/14 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******6008  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 11,112.40  11,112.40  0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 11,112.40  0.00 |
| | | Subtotal | 0.00  11,112.40 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | 0.00 |
| | | Net | 0.00  11,112.40 |

Page Subtotals              0.00              0.00

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17748 -DRC |
| Case Name: | COLBERG, RYAN |

| Taxpayer ID No: | *******9331 |
| For Period Ending: | 06/05/14 |

| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0037  Money Market Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/27/13 | | CarMax, Inc 3320 Odyssey Court Naperville IL 60563 | SALE PROCEEDS - VEHICLE Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was erroneously deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | 1129-003 | 11,000.00 | | 11,000.00 |
| * 08/27/13 | | Ryan Colberg c/o JP Morgan Chase Cashier's Check 6714 Grade Lane, Bldg 8 Louisville KY 40213 | TAX REFUND | 1129-003 | 145.65 | | 11,145.65 |
| * 09/04/13 | | CarMax, Inc 3320 Odyssey Court Naperville IL 60563 | SALE PROCEEDS - VEHICLE Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was wrongfully deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | 1129-003 | -11,000.00 | | 145.65 |
| * 09/04/13 | | Ryan Colberg c/o JP Morgan Chase Cashier's Check 6714 Grade Lane, Bldg 8 | TAX REFUND Used incorrect number when I opened this bank account. Bank Account number is the same as Trustee | 1129-003 | -145.65 | | 0.00 |

| | Page Subtotals | | 0.00 | 0.00 | |

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | COLBERG, RYAN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0037  Money Market Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 06/05/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Louisville  KY  40213 | Baldi's account for Case No. 13-09241 - Lewis. Voiding deposits and then closing account. Will reopen new bank account with correct number and then transfer money that was wrongfully deposited into Trustee Baldi's account to this account using a check from Trustee Baldi's account. ~JMM 9.4.13 | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals                   0.00              0.00

Ver: 17.05d

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

COLBERG, RYAN #13-17748

| Case No: | 13-17748 -DRC | | | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|---|
| Case Name: | COLBERG, RYAN | | | | Bank Name: | Congressional Bank |
| | | | | | Account Number / CD #: | *******0060  Checking Account |
| Taxpayer ID No: | *******9331 | | | | | |
| For Period Ending: | 06/05/14 | | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/13 | | JOSEPH A. BALDI, TRUSTEE 19 SOUTH LASALLE STREET SUITE 1500 CHICAGO, IL 60603 | ORIGINAL VEHICLE PROCEEDS DEPOSIT | | 11,000.00 | | 11,000.00 |
| | 15 | PROCEEDS OF CARMAX SALE | Memo Amount:        754.35 Motorcycle | 1129-000 | | | |
| | 14 | | Memo Amount:      8,600.00 Jeep | 1129-000 | | | |
| | 3 | | Memo Amount:        740.00 Bank Account (Asset #5) | 1129-000 | | | |
| | 4 | | Memo Amount:         30.15 Bank Account (Asset #4) | 1129-000 | | | |
| | 3 | | Memo Amount:        141.00 Bank Account (Asset #3) | 1129-000 | | | |
| | 12 | | Memo Amount:        734.50 Tax Refund | 1124-000 | | | |
| 09/04/13 | 13 | JOSEPH A. BALDI, TRUSTEE 19 SOUTH LASALLE STREET SUITE 1500 CHICAGO, IL 60603 | ORIGINAL TAX REFUND DEPOSIT | 1124-000 | 145.65 | | 11,145.65 |
| 10/03/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee: Sept 2013 | 2600-000 | | 10.00 | 11,135.65 |
| | | | Page Subtotals | | 11,145.65 | 10.00 | |

Page:   6

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-17748 -DRC | Trustee Name: | Elizabeth C. Berg |
| Case Name: | COLBERG, RYAN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0060 Checking Account |
| Taxpayer ID No: | *******9331 | | |
| For Period Ending: | 06/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/05/13 | | Congressional Bank 6500 Rock Spring Drive Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee - Oct 2013 | 2600-000 | | 11.82 | 11,123.83 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 11.43 | 11,112.40 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 11,112.40 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 11,000.00 | COLUMN TOTALS | | 11,145.65 | 11,145.65 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 11,112.40 | |
| | | Subtotal | | 11,145.65 | 33.25 | |
| Memo Allocation Net: | 11,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 11,145.65 | 33.25 | |
| | | | | NET | NET | ACCOUNT |
| Total Allocation Receipts: | 11,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******6008 | | 0.00 | 11,112.40 | 0.00 |
| | | Money Market Account - *******0037 | | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 11,000.00 | Checking Account - *******0060 | | 11,145.65 | 33.25 | 0.00 |
| | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | 11,145.65 | 11,145.65 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                   0.00                   11,135.65

Ver: 17.05d

COLBERG, RYAN

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-17748  -DRC | |
| Case Name: | COLBERG, RYAN | |
| Taxpayer ID No: | *******9331 | |
| For Period Ending: | 06/05/14 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0060  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.05d